**MEMO ENDORSED**

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

> The request to extend the time to file an application to reopen or submit a settlement agreement for the Court to so order, until May 23, 2024, is granted. SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: April 23, 2024
> New York, New York

April 22, 2024

Honorable Edgardo Ramos
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

Re: Samuel Lopez vs. HP Morningside Heights Portfolio Housing Development Fund Company, Inc.
Civil Action No.: 123-cv-05463-ER
Motion For Extension to Restore the Case - In RE: Court's March 8, 2024 Order DE#21

Dear Honorable District Judge Ramos,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's March 8, 2024 Order, the Parties were instructed that the final date available to restore the civil action was April 23, 2024. As an initial matter, Plaintiff's counsel contends that do to some unforeseen events, the settlement has not been fully consumated. Therein, while the Parties do not believe that it will be necessary to restore the action to the Court's calendar, the Plaintiff out of an abundance of cution requests that the Court extend the time to re-open the case by an additional 30 days.

This request is made within the time frame as Ordered [DE#21] by the Court, *supra*. Therefore, for these reasons, Plaintiff humbly requests that the extension be granted in furtherence of justice.

Counsel for the Defendants do not oppose this request.

Thank you for your time in considering this request.

Most Respectfully,

 /s/ Maria-Costanza Barducci____
BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only